

**FILED**

OCT 23 2013

Clerk, U S District Court
District Of Montana
Billings

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# BILLINGS DIVISION

| | |
|---|---|
| TOBY C. McADAM, | |
| Plaintiff, | No. CV-12-137-BLG-SEH |
| vs. | **ORDER** |
| UNITED STATES FOOD AND DRUG ADMINISTRATION; MARGARET A. HAMBURG, COMMISSIONER OF FDA, | |
| Defendants. | |

United States Magistrate Judge Carolyn S. Ostby entered Findings and Recommendations in this matter on September 30, 2013.[1] Plaintiff filed objections on October 18, 2013.[2] The Court reviews *de novo* findings and recommendations to which objections are made. 28 U.S.C. § 636(b)(1).

Upon *de novo* review of the record, I find no error in Judge Ostby's Findings and Recommendations and adopt them in full. The claims asserted by

---

[1] Doc. 21

[2] Doc. 22

Plaintiff may be dismissed because: 1) they constitute an impermissible collateral attack on the Consent Decree entered in Cause CV-10-128-BLG-RFC on November 4, 2010, 2) they are barred by the doctrine of *res judicata*, and 3) the United States is immune from liability for constitutional torts.

ORDERED:

1. Defendants' Motion to Dismiss[3] is GRANTED.

2. Plaintiff's Complaint is DISMISSED with prejudice.

3. The Clerk is directed to enter judgment accordingly.

DATED this 23rd day of October, 2013.

*Sam E. Haddon*
SAM E. HADDON
United States District Judge

---

[3] Doc. 3